UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>KENNETH BOGUSH.,<br><br>Defendant | Crim. No. 08-855 (JAG)<br><br>**ORDER DIRECTING RETURN OF PASSPORT TO DEFENDANT** |

**THIS MATTER** having been brought before the Court on the letter application dated June 8, 2009 of the defendant (through his counsel, Lawrence S. Horn, Esq.) for the entry of an Order directing the Pretrial Services Agency to return the defendant's U.S. passport to him, and it appearing that the proceedings in this matter have been concluded, and for good cause shown,

IT IS on this 18th day of June, 2009

ORDERED that the Pretrial Services Agency return the defendant's U.S. passport to the defendant.

_____
HON. JOSEPH A. GREENAWAY, JR.
United States District Judge