UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Crim. No. 08-855 (JAG)

v. :

KENNETH BOGUSH : ORDER

This matter having come before the Court on the motion of defendant Kenneth Bogush (by Lawrence S. Horn, Esq., appearing), for an order terminating early his term of probation; and the United States (Paul J. Fishman, United States Attorney, by Sandra L. Moser, Assistant U.S. Attorney, appearing) having opposed this motion; and the Court having read the submissions of the parties and having reviewed the record in this matter; and for good cause shown,

It is on this 7th day of June, 2010,

ORDERED that defendant Bogush's motion to terminate early his probation be denied.

HON. JOSEPH A. GREENAWAY, Jr.
U.S. Court of Appeals Judge
sitting by designation for the
United States District Court